# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA

v.

Paul Nicoletti

Case No: 14-51286

## APPOINTMENT OF FEDERAL DEFENDER OFFICE

| ☐ **MULTIPLE DEFENDANT CASE** | ☐ **DEFENDANT IN CUSTODY** |
|---|---|
| ☐ **NON-ENGLISH SPEAKING** | **LANGUAGE:** _____ |
| **VIOLATION:** _____ | **CASE TYPE:** _____ |

The defendant has qualified for the appointment of counsel under the Criminal Justice Act.

***IT IS ORDERED*** that the Federal Defender Office, 613 Abbott, 5th fl., Detroit, Michigan 48226, telephone number **(313) 967-5555**, is appointed to represent this defendant in this case, unless the appointment is terminated by (1) Order of the Court, (2) appointment of substitue counsel, or (3) appearance of retained counsel.

NEXT COURT DATE: _____

Dated: 9-19-14

FILED
SEP 19 2014
CLERK'S OFFICE
DETROIT

_____
United States District Judge/Magistrate Judge

AUSA Assigned: _____

## PARTIAL PAYMENT ORDER

***IT IS ORDERED*** that partial payment be made by the defendant in the amount of _____ monthly, commencing on _____, until this case is terminated or otherwise ordered by the Court. Payment shall be made to the ***Clerk of the Court, Theodore Levin United States Courthouse, 231 W. Lafayette Blvd., Detroit, MI 48226.***

**Defendant's Name, Address & Telephone Number:**

_____
United States District Judge/Magistrate Judge

_____
Defendant's Signature

EDM 0044
01/95

ORIGINAL